**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| LAURE G. WALSH, | : No. 47 MM 2015 |
| Respondent | : |
| v. | : |
| JOHN R. WALSH, III, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of April, 2015, the Petition for Review is **DENIED**.